# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

**FILED**
NOV 6 2002
LARRY W. PROPES, CLERK
COLUMBIA, S. C.

| | |
|---|---|
| KEITH RANDALL PLYLER | )<br>) |
| Plaintiff, | )<br>) |
| VS. | )  CA 3:01-2801-10<br>) |
| | )  JUDGMENT |
| KEVIN A. RILEY AND UNKNOWN WEST<br>COLUMBIA POLICE OFFICERS | )<br>) |
| Defendants. | )<br>) |

**ENTERED**
NOV 6 2002

(X )**Decision by the Court.** This action came on for hearing before the Court, Honorable Matthew J. Perry, Jr., Senior U.S. District Judge presiding. The issues having been duly heard and the court having granted the motion by the defendants for summary judgment.

**IS ORDERED AND ADJUDGED** that summary judgment is hereby entered for the defendants, Kevin A. Riley and unknown West Columbia Police Officers. The plaintiff, Keith Randall Plyler, shall take nothing and this action is dismissed with prejudice.

LARRY W. PROPES, CLERK

*Jane Adams*
Jane Adams, Deputy Clerk

November 6, 2002
Columbia, South Carolina